# HORVITZ & LEVY LLP

Business Arts Plaza
3601 W. Olive Ave., 8th Fl.
Burbank, CA 91505
818.995.0800

August 4, 2021

**VIA CM/ECF**

Molly C. Dwyer
Clerk of the Court
United States Court of Appeals
   for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103

Re:    *Ignacio Perez v. Rash Curtis & Associates*
        Ninth Circuit Case No. 20-15946
        Set for oral argument on August 31, 2021 (Seattle)

Dear Clerk of the Court:

      We represent defendant-appellant Rash Curtis & Associates. We write to advise the Court that Rash Curtis has reached a settlement in principle with plaintiff-appellee Ignacio Perez, although negotiations continue regarding some material terms. Rash Curtis will notify the Court as soon as settlement is imminent, which could be in the next few days. At that time, Rash Curtis expects to request that oral argument, currently scheduled for August 31, 2021, be postponed to allow the parties time to execute a written settlement agreement and obtain district court approval of the proposed distribution to the class.

Molly C. Dwyer
August 4, 2021
Page 2

                        **HORVITZ & LEVY LLP**
                          ROBERT H. WRIGHT
                          FELIX SHAFIR
                          REBECCA G. POWELL
                        **ELLIS LAW GROUP, LLP**
                          MARK E. ELLIS
                          ANTHONY J. VALENTI
                          LAWRENCE K. IGLESIAS


By:         s/ Robert H. Wright

Attorneys for Defendant-Appellant
**RASH CURTIS & ASSOCIATES**